IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RODNEY E CALLAHAN,
LENNOX CRAMER,

    Plaintiffs,

v.                                          CASE NO. 4:05-cv-00038-MP-AK

MONICA DAVID,
FREDERICK DUNPHY,
TENA PATE,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 20, Report and Recommendations of the Magistrate Judge, recommending that Plaintiff's amended complaint (doc. 19) be dismissed for failure to state a claim pursuant to 28 U.S.C.1915A(b)(1).  Plaintiff filed objections, doc. 21, which this Court has reviewed.  Plaintiff, as state prisoner, challenges the way in which his parole has been handled, and brings due process, ex post facto and equal protection challenges.  The Court agrees with the Magistrate Judge, however, that the due process challenge must fail because there is no liberty interest in parole in Florida.  Thus, the Court rejects plaintiff's argument on page 8 of his objections that the language and structure of the parole statute creates a liberty interest.  Second, the Court agrees that <u>Gaines v. Florida Parole Comm'n</u>, 743 So.2d 118 (Fla.App. 4 Dist.,1999) has already explicitly rejected the ex post facto argument raised by

plaintiff. Finally, plaintiff cannot point to any prisoner who was similarly situated to him but treated more favorably. Therefore, his equal protection challenge must fail.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This action is dismissed pursuant to 28 U.S.C.1915A(b)(1), and the clerk is directed to close the file.

**DONE AND ORDERED** this  *9th*  day of December, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge